Certificate Number: __00437-NJ-CC-0085411396__

# CERTIFICATE OF COUNSELING

I CERTIFY that on __October 1, 2009__, at __7:46__ o'clock __PM MDT__,

__Martin French__ received from

__Black Hills Children's Ranch, Inc.__,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

__District of New Jersey__, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan __was not prepared__. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted __by internet and telephone__.

Date: __October 1, 2009__          By       __/s/Christina Collier__

                                    Name    __Christina Collier__

                                    Title   __Credit Counselor__

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).