Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:   09−36324−RG
                Chapter:   7
                Judge:   Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Martin Jerry French
   659 Avenue C 1st Fl
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−0468

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Buildin, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/21/09 at 10:00 AM

to consider and act upon the following:

*5* − Objection to Debtor's Claim of Exemptions filed by Steven P. Kartzman. (Attachments: # (1) Proposed Order) (Kartzman, Steven)


Dated: 11/19/09

                                                  James J. Waldron
                                                  Clerk, U.S. Bankruptcy Court