Order Filed on
**12/03/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MELLINGER, SANDERS & KARTZMAN, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
By: Steven P. Kartzman, Esq.
(973) 267-0220
*Attorneys for Trustee, Steven P. Kartzman*

In Re:

**MARTIN JERRY FRENCH,**

Debtor.

Case No.: 09-36324 RG

Chapter 7

Judge: Honorable Rosemary Gambardella

## ORDER AUTHORIZING TRUSTEE
## TO EMPLOY ATTORNEY

The relief set forth on the following page, number two (2), is hereby **ORDERED**.

**DATED: 12/03/2009**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | **MARTIN JERRY FRENCH** |
| Case No.: | **09-36324 RG** |
| Caption of Order: | **ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEY** |

---

THIS MATTER, having come on for consideration upon the Application of Steven P. Kartzman, Trustee, for authorization for said Trustee's firm to act as the attorneys for the Trustee, pursuant to 11 U.S.C. § 327(d), and it appearing to the Court that such authorization is in the best interest of the estate and would assist the Trustee in effectively performing his duties under 11 U.S.C. § 704(1), and for good cause shown, it is hereby

ORDERED that Mellinger, Sanders & Kartzman, LLC be and hereby is authorized to act as attorneys for the Trustee in this matter, <u>nunc pro tunc</u> to the date of application, with compensation to be fixed by further Order of the Court.